AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JOSE NUESI RODRIGUEZ <br> *Plaintiff* <br> v. <br> INTERNAL REVENUE SERVICE <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. **CV 09 - 5337** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* INTERNAL REVENUE SERVICE,
1111 Constitution Avenue, NW
Washington, D.C 20224

**DEARIE, CH. J.**

**POHORELSKY, M.J.**

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elizabeth Maresca, Esq.
Lincoln Square Legal Services, Inc.
33 West 60th St., 3rd Floor
New York, NY 10023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT C. HEINEMANN
*CLERK OF COURT*

Date: **DEC 07 2009**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   INTERNAL REVENUE SERVICE

was received by me on *(date)*   _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I served the Summons and Complaint on the INTERNAL REVENUE SERVICE 1111 Constitution Avenue, NW, Washington, D.C 20224 by United States Postal Service Certified Mail on 12/07/2009.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/08/2009

*Server's signature*

Cristina Castro
Notary Public, State of New York
No. 01CA6184019
Qualified in New York County
Commission Expires March 24, 20 12

Robert Weissbrot, Legal Intern
*Printed name and title*

Lincoln Square Legal Services, Inc.
33 West 60th St., 3rd Floor
New York, NY 10023
*Server's address*

Additional information regarding attempted service, etc:

