UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
JOSE NUESI RODRIGUEZ,

                         Plaintiff,

- against -

INTERNAL REVENUE SERVICE,

                         Defendant.
---------------------------------------------------------- x

**ORDER**

09 CV 5337 (RJD) (VVP)

DEARIE, District Judge

        On September 24, 2012, this Court adopted Magistrate Judge Pohorelsky's August 31, 2012 Report and Recommendation and ordered defendant to produce certain documents to the Magistrate Judge for *in camera* review. Having completed this review, Magistrate Judge Pohorelsky issued a second Report and Recommendation on April 16, 2013, finding that defendant had properly withheld the documents, and recommending that defendant's motion for summary judgment be granted and that plaintiff's cross-motion for summary judgment be denied. Neither party filed objections.

        This Court adopts Magistrate Judge Pohorelsky's Report and Recommendation in full, for the reasons stated in his Recommendation.

SO ORDERED.

Dated: Brooklyn, New York
       May 13, 2013

                                                    /s/ Judge Raymond J. Dearie

                                                    RAYMOND J. DEARIE
                                                    United States District Judge